AO 93 (Rev. 5/85) Search Warrant

# United States District Court

__NORTHERN__ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

## SEARCH WARRANT

Name, address or brief description of person or property to be searched)

a. One tan Homemade Computer Tower;
b. One Western Digital Disk Drive;
c. One Maxtor Hard Drive;
d. One HP Pavilion Laptop Computer;
e. One Sandisk Cruzer Thumb Drive;
f. One Attache 4G Thumb Drive;
g. One Samsung Hard Drive;
h. One Cingular Sony Ericsson Cell Phone;
i. One Compaq Presario Computer;
j. One Acer Computer;
k. One Motorola V3 Cell Phone;
l. One Nikon Coolpix Digital Camera;
m. One Olympus Camedia Digital Camera;
n. One Motorola L7C Camera phone;
o. One I-pod Nano Portable Device;
p. One Thumb Drive;
q. One Apple I-Phone; and
r. Numerous compact disks (CDs) and DVDs

**CASE NUMBER: 5:08-CR-753 (DNH)**

(AUSA Lisa M. Fletcher)

which were used, owned by, and seized from AMANDA D. JANSEN and CHRISTOPHER I. JANSEN, who resided at 435 South Hycliff Drive Building 609A, Watertown, New York.

TO: __ANY AGENT OF UNITED STATES SECRET SERVICE,__ and any other Authorized Officer of the United States or the State of New York, acting together with or on behalf of the United States Secret Service,

Affidavit(s) having been made before me by UNITED STATES SECRET SERVICE RESIDENT AGENT IN CHARGE TIMOTHY KIRK, who has reason to believe that within the property described above, which is currently within the __NORTHERN__ District of __NEW YORK__, and which contains and constitutes evidence of the commission of a criminal offense and/or contraband, the fruits of the crime or things otherwise criminally possessed and/or property designed or intended for use or which is or has been used as a means of committing a criminal offense, as more particularly set forth in __Attachment A__.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described, is now concealed within the above-captioned items, and establishes grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 9, 2009___ the items named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and

promptly return this warrant to <u>ANY NORTHERN DISTRICT OF NEW YORK JUDGE</u> as required by law.

<u>June 30, 2009  - 3:00 pm</u> at        <u>Syracuse, New York</u>
Date and Time Issued                      City and State

<u>Hon. Gustave J. DiBianco, Chief USMJ</u>        _____
Name and Title of Judicial Officer              Signature of Judicial Officer

## ATTACHMENT A

## LIST OF ITEMS TO BE SEIZED AND SEARCHED

Items evidencing violations of 18 U.S.C. 2251(production of child pornography), 2252A(receipt, distribution, and possession of child pornography), 18 U.S.C, Sections 2423(a) and (e)(transportation and conspiracy to transport minors in interstate commerce for the purpose of unlawful sexual activity), and 18 U.S.C., Section 2241(c) (aggravated sexual abuse), including but not limited to:

1. Visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256;

2. Internet history including evidence of visits to websites that offer visual depictions of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256;

3. Correspondence identifying persons transmitting through interstate or foreign commerce, including by mail or computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256;

4. Correspondence and other matter pertaining to the production, purchase, possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in Title 18 United States Code, Section 2256, and evidence that would assist in identifying any victims of the above-referenced criminal offenses.

5. Records stored on computer storage disks within the computer shown in the use or ownership of Internet accounts, including evidence of Internet user names, screen names or other Internet user identification.

6. Computer software, meaning any and all data, information, instructions, programs, or program codes, stored in the form of electronic, magnetic, optical, or other media, which is capable of being interpreted by a computer or its related components. Computer software may also include data, data fragments, or control characters integral to the operation of computer software, such as operating systems software, applications software, utility programs, compilers, interpreters, communications software, and other programming used or intended to be used to communicate with computer components.

7. Computer-related documentation that explains or illustrates the configuration or use of any seized computer hardware, software, or related items.

8. Computer passwords and data security devices, meaning any devices, programs, or data -- whether themselves in the nature of hardware or software -- that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any computer hardware, computer software, computer-related documentation, or electronic data records.

9. Any computer or electronic records, documents, and materials referencing and relating to the above-described offenses.

10. Records of personal and business activities relating to the operation and ownership of the computer systems, such as telephone records, notes (however and wherever written, stored, or maintained), books, notes, and reference materials.

11. Any records or documents pertaining to accounts held with Internet Service Providers or of Internet use.

12. Records of address or identifying information for AMANDA D. JANSEN (or in her maiden name, BURROWS) and/or CHRISTOPHER I. JANSEN, and any personal or business contacts or associates of his, (however and wherever written, stored, or maintained),

including contact lists, buddy lists, email lists, ICQ addresses, IRC names (a.k.a., "Nics"), user IDs, eIDs (electronic ID numbers), and passwords.

13. Documents and records regarding the ownership and/or possession of the computers and electronic media being searched.

14. Computer records and evidence identifying who the particular user was who produced, downloaded or possessed any child pornography found on any item of electronic media.

15. Any and all visual depictions of minors, including, but not limited to, sexually explicit images of minors.

16. Any and all electronically stored address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

17. Any and all electronically stored records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

18. Any and all child erotica, including photographs of children that are not sexually explicit, drawings, sketches, fantasy writings, notes, and sexual aids.

19. Any and all search terms, search results, documents or other records relating to searches and/or research regarding drugs such as, but not limited to, Ambien, and the effect of such drugs on individuals, including children.

20. Any and all records and of stored contacts and/or phone book information.

21. Any and all messages (sent or received) in any form, records, or other material or data pertaining to the transportation of, and/or the conspiracy to transport minors (under the age

of 18) in interstate commerce, with the intent that the minors engage in sexual activity for which any person can be charged with a criminal offense as defined in Title 18 U.S.C. Sections 2423(a) and (e), and relating to the aggravated sexual abuse of children as defined in Title 18 U.S.C. Section 2241(c).

22.     The authorization includes the search of the electronic media listed on the face of the warrant for electronic data to include saved data, deleted data, remnant data and slack space.

AO93 (Rev. 5/85) SEARCH WARRANT

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| | | |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PERSONS OR PROPERTY TAKEN PURSUANT TO THE WARRANT |
|---|
| SEE ATTACHED. INVENTORY AND CRIME LAB PROPERTY RECEIPT. |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_         8/31/09
U.S. Judge or Magistrate     Date

# GENL-2A (REV. 01/07) EVIDENCE RECORD CONTINUATION SHEET

| LAB USE ONLY | U/F | NAME OF STATION OR AGENCY | | B/C/I | NAME OF STATION OR AGENCY: SP Watertown | | CONTINUATION SHEET NUMBER |
|---|---|---|---|---|---|---|---|
| NYSP FORENSIC INVESTIGATION CENTER Jun 26 2009 2009 JUN 26 PM 3:51 | | T/Z/S | CASE NUMBER | | T/Z/S: D311 | CASE NUMBER: 08-857 | TERM. MESSAGE NO. & FILE |
| | DATE OCCURRED: 09/17/2008 | | LABORATORY CASE NO. | | COUNTY OF OCCURRENCE: Jefferson | | |
| | INVESTIGATING MEMBER: INV. Thomas Guarasce | | | | SUBMITTED BY: INV William C Burger | | |
| | NAME ONLY (L/F/MI), OF DEFENDANT/VICTIM: Jansen, Christopher Isaac | | | | NAME ONLY (L/F/MI), OF COMPLAINANT/OWNER: NYSP | | |

| | ITEM # | EVIDENCE DESCRIPTION | EXAMINATION REQUESTED | CHECK INITIAL STATUS HOLD AT STA. | TO TROOP | TO LAB |
|---|---|---|---|---|---|---|
| WB | 1 | Handmade tower type PC tan-color, No Serial # Evident | Forensic Examination | | | |
| WB | 2 | Western Digital Hard drive s/n WMAMC4891120 | Forensic Examination | | | |
| WB | 3 | Maxtor Harddrive s/n M60MVX90 | Forensic Examination | | | |
| WB | 4 | HP Pavilion Laptop s/n CNF70641ZK, No Battery, w/power cord | Forensic Examination | | | |
| WB | 5 | Sandisk Cruzer thumb drive | Forensic Examination | | | |
| WB | 6 | Attache 4G Thumb drive | Forensic Examination | | | |
| WB | ~~8~~ | ~~CD-R data~~ | 9/1/09 WCB | | | |
| WB | 11 | (9) CD-R | Forensic Examination | | | |
| WB | 12 | Box containing CD-R | Forensic Examination | | | |
| WB | 13 | Bag containing Harddrive Samsung s/n 02743FCWC00861 | Forensic Examination | | | |
| WB | ~~14~~ 17 | Cingular Sony Ericsson cellphone s/n 127910 | Forensic Examination | | | |
| PSM | 18 | Compaq Presario Computer s/n 1X9CDCP3P2MA | Forensic Examination | | | |
| PSM | 19 | Acer computer s/n 009880 color tan | Forensic Examination | | | |

## TRANSFER RECORD

| DATE | TIME | ITEMS INVOLVED | FROM | TO | SIGNATURE |
|---|---|---|---|---|---|
| 6/26/09 | 11:55a | 1-6, 11-13, 17-19 | Vault | CCUC Brenda El. | INV William C Burger |
| 6/30/09 | 2:00p | 1-6, 11-13, 17-19 | CCUC BRENDA EL | Inv B.L. Friedman FIC | 2814 |
| 6/30/09 | 3:55p | 1-6, 11-13, 17-19 | Inv B.L. Friedman | FIC | 2814 |

08HL-04909 - 1
D311-SP WATERTOWN
08-857
HL 10/17/2008 12:20

Resub 6/26/09 PM

ADDITIONAL INFORMATION:

GEN-2A (REV. 01/07) EVIDENCE RECORD CONTINUATION SHEET

| LAB USE ONLY | U/F | NAME OF STATION OR AGENCY | B/C/I | NAME OF STATION OR AGENCY SP Watertown | CONTINUATION SHEET NUMBER |
|---|---|---|---|---|---|
| NYSP FORENSIC INVESTIGATION CENTER BLDG 30 Shah B Pachanet 2009 JUN 26 PM 3:51 | | T/Z/S  CASE NUMBER | | T/Z/S D311  CASE NUMBER 08-857 | TERM. MESSAGE NO. & FILE |

| DATE OCCURRED 09/17/2008 | LABORATORY CASE NO. | COUNTY OF OCCURRENCE Jefferson |
|---|---|---|
| INVESTIGATING MEMBER INV. Thomas Guarrasce | | SUBMITTED BY INV. William G Griggs |
| NAME ONLY (L/F/MI), OF DEFENDANT/VICTIM Jansen, Christopher Isaac | | NAME ONLY (L/F/MI), OF COMPLAINANT/OWNER NYSP |

| | | EVIDENCE | | CHECK INITIAL STATUS | | |
|---|---|---|---|---|---|---|
| | ITEM # | DESCRIPTION | EXAMINATION REQUESTED | HOLD AT STA. | TO TROOP | TO LAB |
| pro | 20 | Motorola V3 cell phone GORVSQ9YMK | forensic examination | | | ✓ |
| pro | 21 | DVD w/case | forensic examination | | | ✓ |
| pro | 22 | Black Bag with 7 CD-R, Assorted personal papers | forensic examination | | | ✓ |
| pro | 23 | (2) two CD-R from desk of office | forensic examination | | | ✓ |
| pro | 24 | Nikon coolpix camera #31192406 | forensic examination | | | ✓ |
| pro | 25 | Olympus Camedia Digital camera SN 40831737 | forensic examination | | | ✓ |
| pro | 26 | Motorola L7C KRNF033AB Camera phone | forensic examination | | | ✓ |
| | 27 | 9 CDR from top of TV & DVD from Bookshelf | forensic examination | | | ✓ |
| pro | 28 | iPod Nano 5U74GZHMY0R | forensic examination | | | ✓ |
| pro | 29 | Spindle (35) thirty five CD-R | forensic examination | | | ✓ |
| pro | 30 | (5) CD-R from kitchen counter | forensic examination | | | ✓ |
| pro | 31 | Thumb Drive | forensic examination | | | ✓ |
| pro | 38 | (1) Apple iPhone 16GB Model No 8813BG 20KH FCC ID: BCGA1203 IMEI 011434003298446 w/ black Marware cover | forensic examination | | | ✓ |
| pro | 39 | white power adapter | None | | | ✓ |

| TRANSFER RECORD | | | | | |
|---|---|---|---|---|---|
| DATE | TIME | ITEMS INVOLVED | FROM | TO | SIGNATURE |
| 6/26/09 | 10:30 | 20-31, 38, 39 | Vault | Cucuenega Ba | INV William C Griggs |
| 6/29/09 | 2:45 | 20-31, 38, 39 | CCCC CUCUENEGA | INV B.L. Feldman | [sig] 2414 |
| 7/31/09 | 2:55P | 20-31, 38, 39 | INV B.L. Feldman | FIC | [sig] 2414 |

08HL-04909 - 1
D311-SP WATERTOWN
08-857
HL 10/17/2008 12:20

resub 6/26/09 pro

ADDITIONAL INFORMATION:



NEW YORK STATE POLICE
Forensic Investigation Center
BLDG. 30, 1220 Washington Ave., Albany, NY 12226-3000

Page 1 of 3

# Crime Laboratory Case Receipt Record
## Resubmitted Items

| | | | |
|---|---|---|---|
| Lab Number | **08HL-04909** | Agency Case Number | 08-857 |
| Submitting Agency | D311-SP WATERTOWN | | |

| | | | |
|---|---|---|---|
| Submission Date | 6/26/2009 | Received By | Richard S. Ogden |
| Submitted By/ Comments: | | | |

### Associated Names

| Last Name | First Name | Middle Name |
|---|---|---|
| BETTIS | MOSES | A |
| BETTIS | HAYLEE | P |
| JANSEN | CHRISTOPHER | ISAAC |
| JANSEN | AMANDA | |
| JANSEN | JILLIAN | |
| JANSEN | IVA | N |
| JANSEN | ISAAC | J |

| Item | Description / Source |
|---|---|
| 1 | Item identified as: Computer Tower HOMEMADE |
| 2 | One (1) sealed brown paper bag containing: Disk Drive WESTERN DIGITAL |
| 3 | One (1) sealed brown paper bag containing: Disk Drive MAXTOR |
| 4 | Item identified as: Laptop Computer HP PAVILION W/ POWER CORD SERIAL # CNF70641ZK |
| 5 | One (1) sealed brown paper bag containing: Disk Drive SANDISK CRUZER |
| 6 | One (1) sealed brown paper bag containing: Disk Drive ATTACHE 4G |



NEW YORK STATE POLICE
Forensic Investigation Center
BLDG. 30, 1220 Washington Ave., Albany, NY 12226-3000

Page 2 of 3

# Crime Laboratory Case Receipt Record
## Resubmitted Items

| Lab Number | 08HL-04909 | Agency Case Number 08-857 |
|---|---|---|
| Submitting Agency | D311-SP WATERTOWN | |

| | |
|---|---|
| 11 | One (1) sealed plastic bag containing: CD or DVD Media (9) CD-R'S |
| 12 | One (1) sealed plastic bag containing: CD or DVD Media BOX W/ CD-R |
| 17 | One (1) sealed plastic bag containing: Portable Device CINGULAR SONY ERICSSON CELL PHONE |
| 18 | Item identified as: Computer Tower COMPAQ PRESARIO SERIAL # 1X9CDCP3P2MM |
| 19 | Item identified as: Computer Tower ACER SERIAL # 009880 |
| 20 | One (1) sealed plastic bag containing: Portable Device MOTOROLA V3 |
| 21 | One (1) sealed plastic bag containing: CD or DVD Media IN CASE |
| 22 | One (1) sealed plastic bag containing: BLACK BAG W/ 2 CD-R'S AND PAPERS |
| 23 | One (1) sealed plastic bag containing: CD or DVD Media 2 CD-R'S |
| 24 | One (1) sealed plastic bag containing: Digital Camera NIKON COOLPIX |
| 25 | One (1) sealed plastic bag containing: Digital Camera OLYMPUS CAMEDIA |
| 26 | One (1) sealed plastic bag containing: Portable Device MOTOROLA L7C CAMERA PHONE |
| 27 | One (1) sealed plastic bag containing: CD or DVD Media 11 CD-R'S AND CASE |
| 28 | One (1) sealed plastic bag containing: Portable Device I-POD NANO |
| 29 | One (1) sealed plastic bag containing: CD or DVD Media SPINDLE OF CD-R'S |



NEW YORK STATE POLICE
Forensic Investigation Center
BLDG. 30, 1220 Washington Ave., Albany, NY 12226-3000

Page 3 of 3

# Crime Laboratory Case Receipt Record
## Resubmitted Items

Lab Number **08HL-04909**  Agency Case Number 08-857

Submitting Agency    D311-SP WATERTOWN

| | |
|---|---|
| 30 | One (1) sealed plastic bag containing: CD or DVD Media (5) CD-R'S |
| 31 | One (1) sealed plastic bag containing: Memory Card THUMB DRIVE AND CORD |
| 38 | One (1) sealed plastic bag containing: Portable Device APPLE I-PHONE AND BLACK COVER |
| 39 | One (1) sealed plastic bag containing: POWER ADAPTER FOR ITEM # 38 |

End of Case Receipt Record for 08HL-04909