

**U.S. Department of Justice**
United States Attorney
Northern District of New York

100 South Clinton Street
Room 900; P.O. Box 7198
Syracuse, New York 13261-7198

March 15, 2012

Hon. David N. Hurd
United States District Judge
Room 300, U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: <u>United States. v. Jansen et al</u>  08 -CR-753 (DNH)

Dear Judge Hurd:

The Government respectfully requests that the following Government submissions remain under seal as they contain confidential information about minor children.

1) Exhibit A to Government's Sentencing Memorandum (docket no. 51);
2) Government's Letter to the Court (docket no. 55);
3) Government's Letter to the Court (docket no. 57); and
4) Government's Letter to the Court (docket no. 61);

We also are requesting that the Attachment to the defendant's Sentencing Memorandum remain sealed as it contains the names of minor child victims.  (docket no. 48)

Please do not hesitate to contact me with any questions you may have regarding this matter.

Very truly yours,

Richard S. Hartunian
United States Attorney
Northern District of New York

By: /s/ Lisa M. Fletcher
Lisa M. Fletcher
Assistant U. S. Attorney

Cc: \ Lisa Peebles, FPD
Sheila Crowley, Esq.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

                                                    Criminal Action No.08-CR-753  (DNH)

      v.

JANSEN, et al.,

                      Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2012, I electronically filed the GOVERNMENT'S LETTER REQUEST with the Clerk of the District Court using the CM/ECF system.

Lisa Peebles, FPD
Sheila Crowley, Esq.

                                                                    /s/
                                                             Tayler Robinson